Edward H. McCool, Respondent, v. John E. Linde, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Bernardt Larson, Respondent, v. Hay Foundry and Iron Works, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Charles Dubelier, Appellant, Impleaded with Another.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Fogel, Respondent, v. New York Railways Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Barkin Construction Company, Respondent, v. Edmund L. Goodman and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, on Complaint of Frank G. Wilson, Respondent, v. Upton Sinclair, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Augusta Hyatt, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Matthew J. O'Brien, Appellant, for the Revocation of the Letters of Administration, with the Will Annexed, Issued to Bernard A. Caffrey, Respondent, on the Estate of Peter Caffrey, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and McLaughlin, J., dissented.)

Pease & Elliman, Respondent, v. Terminal Warehouse Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Edward L. Holsten, Appellant, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Fay, Respondent, v. Buffalo Volksfreund Printing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emil F. Begiebing, Appellant, v. Max Jagerhuber, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.